1 The People of the State of Colorado, Plaintiff-Appellee, v. Kenneth Miles Ueding, Defendant-Appellant. No. 18CA0382
Court of Appeals of Colorado, Third Division
December 9, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 El
 Paso County District Court Nos. 17CR948, 17CR1781, 17CR4361
 Honorable Robert L. Lowrey, Judge
 
 
 
 OPINION
 
 
 FURMAN
 JUDGE
 
 
 JUDGMENT
 AFFIRMED
 
 
 
 Lipinsky and Brown, JJ., concur